IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACK DAVIS,        )<br>                                          )<br>            Plaintiff,               )<br>                                          )<br>   v.                                    )<br>                                          )<br> STATE OF CALIFORNIA, et al,  )<br>                                          )<br>            Defendants.           )<br> _____ ) | No. C 06-2115 JW (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, formerly detained at the Martinez County Jail, filed this pro se civil rights complaint under 42 U.S.C. § 1983. On March 22, 2006, the Court sent Plaintiff a notice regarding Plaintiff's motion to proceed in forma pauperis. Thereafter, on April 10, 2006, the Court's notice was returned with a notification from the facility in which Plaintiff was incarcerated that he was no longer detained there. More than 60 days have passed since the letter was returned from the facility. Accordingly, Plaintiff's complaint is hereby dismissed without prejudice for his failure to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: August 21, 2006

                                           _____
                                           JEFFREY S. WHITE
                                           United States District Judge

1